UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID LANCE and TONY BUTLER, JR., *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 3:24-cv-00480-X |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, David Lance and Tony Butler Jr., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), do hereby dismiss this action as follows:

1. All claims of the Plaintiffs, David Lance and Tony Butler Jr., individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: July 15, 2024

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Tx Bar No. 24124558
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: *<u>/s/ Andrew J. Shamis</u>*
Andrew J. Shamis, Esq.